

Amy Sullivan Cahill
Cahill IP, PLLC
6013 Brownsboro Park Blvd.
Suite B
Louisville, Kentucky 40207
acahill@cahill-ip.com
Direct : 502-825-0220
Toll Free: 844-238-0755
Mobile: 502-619-4583

December 7, 2017

FILED
VANESSA L. ARMSTRONG, CLERK

DEC 07 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**VIA HAND-DELIVERY**

Clerk's Office
U.S. District Court for the Western District of Kentucky
601 West Broadway
Louisville, KY  40202

RE:   **Subpoena pursuant to 17 U.S.C. § 512(h)**

Dear Sir of Madam:

On behalf of our client, Tempur Sealy International, Inc. ("Tempur Sealy"), I respectfully request that the Clerk issue one subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For the subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

(1) A copy of the notifications required by Section 512(c)(3)(a);
(2) The proposed subpoena; and
(3) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk are Tempur Sealy's notification pursuant to Section 512(c)(3)(A), the proposed subpoena, and a sworn declaration. As Tempur Sealy has complied with the requirements of the statute, they ask that the Clerk issue and sign the proposed subpoena and return it for service on the subpoena recipient.

Thank you for your cooperation and prompt response in this matter. If you have any questions, please contact us.



Without Prejudice – All Rights Reserved
Clerk's Office
December 7, 2017

Sincerely,

Amy S. Cahill

Enclosures

cc: Tempur Sealy International, Inc.

2

4839-1219-6696, v. 1