**UNITED STATES DISTRICT COURT**
**WESTERN DISTICT OF KENTUCKY**

FILED
VANESSA L. ARMSTRONG, CLERK
DEC 07 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| In re DMCA Subpeona to Amazon, Inc. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:17-MC-25-DJH <br> ) <br> ) <br> ) |

**DECLARATION OF AMY SULLIVAN CAHILL**
**PURSUANT TO 17 U.S.C. § 512(h)**

I, Amy Sullivan Cahill, the undersigned declare that:

1. I am an attorney licensed to practice law in the Commonwealth of Kentucky and am a member of Cahill IP, PLLC ("Cahill IP"), counsel for Tempur Sealy International, Inc. Cahill IP is authorized to act on behalf of Tempur Sealy International, Inc. on matters involving the infringement of their copyrights. This declaration is made in support of the accompanying Subpoena, pursuant to 17 U.S.C. § 512(h)(2)(c).

2. The purpose of the accompanying Subpoena is to obtain the identity of the alleged copyright infringer who is identified on the Subpoena. The information obtained will be used only for the purpose of protecting the rights granted to our clients, Tempur Sealy International, Inc., under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Louisville, Kentucky, on Wednesday, December 6, 2017.

_____
Amy Sullivan Cahill

4842-5422-9336, v. 1